BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
2485 Natomas Park Drive, Suite 340
Sacramento, California 95833

Telephone: (916) 567-1175
Facsimile:  (916) 567-1014

Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>CONNIE PATRICIA GARRIGAN AFAMASAGA,<br><br>Debtor.<br>_____<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Appellant,<br><br>v.<br><br>CONNIE PATRICIA GARRIGAN AFAMASAGA,<br><br>Appellee.<br>_____ | District Court Case No.<br>2:05-CV-2348 MCE<br><br>Bankruptcy Court Case No.<br>05-20917-C-7<br><br>Adversary Proceeding No.<br>05-2050<br><br>**ORDER GRANTING EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S REQUEST FOR AN EXTENSION OF TIME TO FILE IT'S OPENING BRIEF** |

The Court having considered Appellant EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC") request for a two (2) week extension of time in which to file it's opening brief, and with good cause appearing therefor,

IT IS ORDERED that ECMC's request for a two (2) week extension of time in which to file it's opening brief is granted. ECMC's opening brief is due February 2, 2006.

///

///

///

///

All other briefs and the notice to the court that the matter is ready for oral arguments shall remain according to the Amended Briefing Schedule.

Dated: January 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE